```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 30418
   WILLIAM WALLS JR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-8242

------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/07/2008 and was not confirmed.

    The case was dismissed without confirmation 03/02/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC         .00           .00            .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG         .00           .00            .00
SN FUNDING TRUSTE          CURRENT MORTG         .00           .00            .00
GEORGE & ELEANOR PIERCE    UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF PUBLIC    UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED       NOT FILED          .00            .00
SN FUNDING TRUSTE          SECURED NOT I    69003.87          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          835.87          .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           --------------         --------------
TOTALS                          .00                   .00




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 30418 WILLIAM WALLS JR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE